1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   GEORGE S. KHOURY (State Bar No. 269738)
2  THOMAS E. FRANKOVICH,
   *A PROFESSIONAL LAW CORPORATION*
3  4328 Redwood Hwy., Suite 300
   San Rafael, CA 94903
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900

Attorney for Plaintiffs

APPROVED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

Dated: November 27, 2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ; and DAREN HEATHERLY,<br><br>  Plaintiffs,<br><br>v.<br><br>ONE STOP PARTY SHOP; MARDIE E. VANDERVORT; JOSEPH P. TORRANO, Trustee of THE TORRANO FAMILY TRUST; and JOSEPH P. TORRANO, an individual,<br><br>  Defendants. | **CASE NO. CV-12-2796-JSC**<br><br>**SECOND STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Pursuant to Local Rule 6.1(a), Plaintiffs IRMA RAMIREZ, and DAREN HEATHERLY; and Defendants MARDIE E. VANDERVORT; JOSEPH P. TORRANO, Trustee of THE TORRANO FAMILY TRUST; and JOSEPH P. TORRANO, an individual, by and through their respective counsel make the following stipulation:

1. **WHEREAS**, the parties conducted the General Order 56 Joint Site Inspection at One Stop Party Shop, located at/near 1600 Church Street, San Francisco, California on Monday, September 10, 2012; and

///

///

2. **WHEREAS**, the parties are still engaged in settlement discussions and are hopeful that they will be able to reach a settlement; and

3. **WHEREAS**, plaintiffs have therefore agreed to grant additional time for defendants MARDIE E. VANDERVORT;  JOSEPH P. TORRANO, Trustee of THE TORRANO FAMILY TRUST; and JOSEPH P. TORRANO  to answer and/or otherwise respond to their complaint.

**IT IS SO STIPULATED:**

That the last day for defendants MARDIE E. VANDERVORT; JOSEPH P. TORRANO, Trustee of THE TORRANO FAMILY TRUST; and JOSEPH P. TORRANO, to answer and/or otherwise respond to plaintiffs' complaint be extended up to and including December 14, 2012.

Respectfully submitted,

Dated: November 16, 2012

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By:  ___/s/Thomas E. Frankovich_____
        Thomas E. Frankovich
Attorneys for Plaintiff IRMA RAMIREZ; and Plaintiff DAREN HEATHERLY

Dated: November 26, 2012

RAGUNATH K. DINDIAL,
**Attorney at Law**

By:      /s/Ragunath K. Dindial
         Ragunath K. Dindial
Attorney for Defendants MARDIE E. VANDERVORT;  JOSEPH P. TORRANO, Trustee of THE TORRANO FAMILY TRUST; and JOSEPH P. TORRANO

**SECOND STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**
**CASE NO. CV-12-2796-JSC**                                                                                                              2