1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   GEORGE S. KHOURY (State Bar No. 269738)
2  THOMAS E. FRANKOVICH,
   *A PROFESSIONAL LAW CORPORATION*
3  4328 Redwood Hwy., Suite 300
   San Rafael, CA 94903
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorney for Plaintiffs
6

**APPROVED**
Jacqueline S. Corley
Judge Jacqueline Scott Corley

Dated: November 27, 2012

7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA

9
10  IRMA RAMIREZ; and DAREN           )   **CASE NO. CV-12-2796-JSC**
    HEATHERLY,                        )
11                                    )   **SECOND STIPULATION EXTENDING**
         Plaintiffs,                  )   **TIME FOR DEFENDANTS TO**
12                                    )   **RESPOND TO PLAINTIFFS'**
    v.                                )   **COMPLAINT**
13                                    )
    ONE STOP PARTY SHOP; MARDIE E.    )
14  VANDERVORT; JOSEPH P. TORRANO,    )
    Trustee of THE TORRANO FAMILY     )
15  TRUST; and JOSEPH P. TORRANO, an  )
    individual,                       )
16                                    )
         Defendants.                  )
17  _____   )
18
19
20       Pursuant to Local Rule 6.1(a), Plaintiffs IRMA RAMIREZ, and DAREN HEATHERLY;
21  and Defendants MARDIE E. VANDERVORT; JOSEPH P. TORRANO, Trustee of THE
22  TORRANO FAMILY TRUST; and JOSEPH P. TORRANO, an individual, by and through their
23  respective counsel make the following stipulation:
24       1.    **WHEREAS**, the parties conducted the General Order 56 Joint Site Inspection at
25  One Stop Party Shop, located at/near 1600 Church Street, San Francisco, California on Monday,
26  September 10, 2012; and
27  ///
28  ///

2. **WHEREAS**, the parties are still engaged in settlement discussions and are hopeful that they will be able to reach a settlement; and

3. **WHEREAS**, plaintiffs have therefore agreed to grant additional time for defendants MARDIE E. VANDERVORT; JOSEPH P. TORRANO, Trustee of THE TORRANO FAMILY TRUST; and JOSEPH P. TORRANO to answer and/or otherwise respond to their complaint.

**IT IS SO STIPULATED:**

That the last day for defendants MARDIE E. VANDERVORT; JOSEPH P. TORRANO, Trustee of THE TORRANO FAMILY TRUST; and JOSEPH P. TORRANO, to answer and/or otherwise respond to plaintiffs' complaint be extended up to and including December 14, 2012.

Respectfully submitted,

Dated: November 16, 2012    THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*


By: ___/s/Thomas E. Frankovich_____
     Thomas E. Frankovich
Attorneys for Plaintiff IRMA RAMIREZ; and
Plaintiff DAREN HEATHERLY


Dated: November 26, 2012    RAGUNATH K. DINDIAL,
**Attorney at Law**


By: _____/s/Ragunath K. Dindial_____
     Ragunath K. Dindial
Attorney for Defendants MARDIE E. VANDERVORT; JOSEPH P. TORRANO, Trustee of THE TORRANO FAMILY TRUST; and JOSEPH P. TORRANO

**SECOND STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT
CASE NO. CV-12-2796-JSC**                                                                 2